UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| Brandon Ripple,<br><br>    Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank, N.A.,<br><br>    Defendant. | Civil Action No. 1:15-cv-02087-JFM |

## JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE

Pursuant to the Federal Arbitration Act 9 U.S.C.A. §3, Plaintiff Brandon Ripple and Defendant Wells Fargo Bank, N.A., through their counsel of record, stipulate and agree as follows:

1. The parties shall submit to binding nonjudicial arbitration;

2. The arbitration shall be conducted through the American Arbitration Association; and

3. This action shall be STAYED until the arbitration has been completed.

**IT IS SO STIPULATED**

Dated this 21st day of September, 2015.

By: */s/ Amy L. Brown*
Amy L. Brown, Bar No. 15455
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
amy.brown@squirepb.com

*Attorneys for Defendant Wells Fargo Bank*

By: */s/ Sergei Lemberg*
Sergei Lemberg
LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, Connecticut 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

*Attorneys for Plaintiff Brandon Ripple*